UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                CHAPTER 7 CASE

Jason Anderson                            CASE NO. 10-60274
Tiffany Anderson
                      Debtors.                  ORDER

       This case came before the court on the motion of Mortgage Electronic Registration Systems, Inc. through its servicing agent US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

       1.        That movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated March 23, 2007, executed by Jason Anderson and Tiffany Anderson, husband and wife , recorded on March 28, 2007, as Document No. 639868, covering real estate located in Clay County, Minnesota, legally described as:

Lots 14 15 and the North half of Lot 16 in Block 2 of South Acres Addition to the city of Moorhead situate in the County of Clay and the State of Minnesota
And commonly known as 1505-12th Street S, Moorhead Minnesota 56560-3713

and may pursue its remedies under state law in connection with the mortgage deed.

       2.        Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 22, 2010

                                                           /e/ Dennis D. O'Brien
                                                     United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/22/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk